```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
In re:                                                              Case No. 17-00582-JJT
James E. Pahel                                                      Chapter 13
       Debtor                    CERTIFICATE OF NOTICE

District/off: 0314-4        User: CGambini             Page 1 of 1           Date Rcvd: Mar 21, 2017
                            Form ID: ntnew341          Total Noticed: 18
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 23, 2017.
```
db          +James E. Pahel,    22448 CCC Memorial Hwy,    Emporium, PA 15834-5814
4884452     +Cabelas World Foremost Bank,    4800 NW 1st Street,    Suite 300,    Lincoln, NE 68521-4463
4884453     +Capital One,    PO Box 30281,    Salt Lake City, UT 84130-0281
4884454     +Chase Card Services,    PO Box 15153,    Wilmington, DE 19886-5153
4884455     +Cheryl-Lane H. Bechakas, Esquire,    Bechakas & Bechakas, LLP,    Townsend Square,
              5330 Main Street, Suite 240,    Buffalo, NY 14221-5360
4884456     +Citi Cards/Citibank,    PO Box 6241,    Sioux Falls, SD 57117-6241
4884458     +EverBank,    PO Box 530579,    501 Riverside Avenue,    Atlanta, GA 30353-0579
4884459     +FNB Omaha,    1620 Dodge Street,    Omaha, NE 68197-0003
4897241      First Associates Loan Servicing, LLC,    as agent for Loan Depot, LLC,    PO Box 503430,
              San Diego, CA 92150-3430
4888911     +First National Bank of Omaha,    1620 Dodge Street, Stop code 3105,    Omaha, NE 68197-0002
4884460     +LoanDepot,    PO Box 11733,    Newark, NJ 07101-4733
4884461     +PNC Mortgage,    PO Box 1820,    Dayton, OH 45401-1820
4884462     +Sears/CNBA,    PO Box 6282,    Sioux Falls, SD 57117-6282
4884463     +State Farm Bank,    PO Box 3299,    Milwaukee, WI 53201-3299
4895773      State Farm Bank, FSB,    Attn: Bankruptcy Dept.,    PO Box 2328,    Bloomington, IL 61702-2328
4884464      TVGA Engineering, Surveying, P.C.,    1000 Maple Road,    Elma, NY 14059
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
4884457      E-mail/Text: mrdiscen@discover.com Mar 21 2017 18:45:54      Discover Bank,    PO Box 15316,
              Wilmington, DE 19850
4884465     +E-mail/Text: wendyjclaw@gmail.com Mar 21 2017 18:46:08      Wendy J. Christopherson,
              Chapter 7 Trustee,    403 Main Street, Suite 500,    Buffalo, NY 14203-2104
                                                                                              TOTAL: 2
```

```
            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 23, 2017                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 21, 2017 at the address(es) listed below:
```
              Brian C Thompson    on behalf of Debtor James E. Pahel bthompson@thompsonattorney.com,
               azema@thompsonattorney.com;azema@ecf.inforuptcy.com;legal@thompsonattorney.com;paralegal@thompson
               attorney.com;lawclerk@thompsonattorney.com
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              James Warmbrodt    on behalf of Creditor   PNC BANK, NATIONAL ASSOCIATION bkgroup@kmllawgroup.com
              United States Trustee   ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 4
```

ntnew341 (12/14)

# UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

James E. Pahel
Debtor(s)

Chapter 13

Case No. 4:17−bk−00582−JJT

# Notice

**Notice is hereby given that:**

The previously scheduled 341 meeting of creditors in the above−referenced case has been rescheduled to:

| Genetti Hotel, 77 East Market Street, Wilkes−Barre, PA 18701 | Date: June 5, 2017 |
| --- | --- |
| | Time: 11:00 AM |

**Address of the Bankruptcy Clerk's Office:**
U.S. Bankruptcy Court
197 S Main St, Wilkes−Barre, PA 18701 OR
PO Box 908, Harrisburg, PA 17108
570−831−2500/717−901−2800

**For the Court:**
Clerk of the Bankruptcy Court:
Terrence S. Miller
By: CGambini

Hours Open: Monday − Friday 9:00 AM − 4:00 PM

Date: March 21, 2017