United States Bankruptcy Court
Middle District of Pennsylvania

In re:                                                              Case No. 17-00582-JJT
James E. Pahel                                                      Chapter 13
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-4          User: CGambini          Page 1 of 1          Date Rcvd: Jun 08, 2017
                             Form ID: ntcnfhrg        Total Noticed: 21

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 10, 2017.
```
db           +James E. Pahel,    22448 CCC Memorial Hwy,    Emporium, PA 15834-5814
4884452      +Cabelas World Foremost Bank,    4800 NW 1st Street,    Suite 300,    Lincoln, NE 68521-4463
4884453      +Capital One,    PO Box 30281,    Salt Lake City, UT 84130-0281
4884454      +Chase Card Services,    PO Box 15153,    Wilmington, DE 19886-5153
4884455      +Cheryl-Lane H. Bechakas, Esquire,    Bechakas & Bechakas, LLP,    Townsend Square,
              5330 Main Street, Suite 240,    Buffalo, NY 14221-5360
4884456      +Citi Cards/Citibank,    PO Box 6241,    Sioux Falls, SD 57117-6241
4884458      +EverBank,    PO Box 530579,    501 Riverside Avenue,    Atlanta, GA 30353-0579
4884459      +FNB Omaha,    1620 Dodge Street,    Omaha, NE 68197-0003
4897241       First Associates Loan Servicing, LLC,    as agent for Loan Depot, LLC,    PO Box 503430,
              San Diego, CA 92150-3430
4888911      +First National Bank of Omaha,    1620 Dodge Street, Stop code 3105,    Omaha, NE 68197-0002
4884460      +LoanDepot,    PO Box 11733,    Newark, NJ 07101-4733
4884461      +PNC Mortgage,    PO Box 1820,    Dayton, OH 45401-1820
4884462      +Sears/CNBA,    PO Box 6282,    Sioux Falls, SD 57117-6282
4884463      +State Farm Bank,    PO Box 3299,    Milwaukee, WI 53201-3299
4895773       State Farm Bank, FSB,    Attn: Bankruptcy Dept.,    PO Box 2328,    Bloomington, IL 61702-2328
4884464       TVGA Engineering, Surveying, P.C.,    1000 Maple Road,    Elma, NY 14059
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr           +E-mail/Text: wendyjclaw@gmail.com Jun 08 2017 18:51:20      Wendy J Christophersen,
              Wendy J Christophersen, Attorney at Law,    403 Main Street, Suite 500,    Buffalo, NY 14203,
              UNITED STATES 14203-2104
4884457       E-mail/Text: mrdiscen@discover.com Jun 08 2017 18:51:04      Discover Bank,    PO Box 15316,
              Wilmington, DE 19850
4931110      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 08 2017 18:49:50       Verizon,
              by American InfoSource LP as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
4928341       E-mail/Text: WFB.Bankruptcy@cabelas.com Jun 08 2017 18:51:33
              WORLD'S FOREMOST BANK-CABELA'S CLUB VISA,    PO BOX 82609,    LINCOLN, NE 68501-2609
4884465      +E-mail/Text: wendyjclaw@gmail.com Jun 08 2017 18:51:20      Wendy J. Christopherson,
              Chapter 7 Trustee,    403 Main Street, Suite 500,    Buffalo, NY 14203-2104
                                                                                        TOTAL: 5
```

```
            ***** BYPASSED RECIPIENTS *****
NONE.                                                                        TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 10, 2017                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 8, 2017 at the address(es) listed below:
```
              Brian C Thompson   on behalf of Debtor James E. Pahel bthompson@thompsonattorney.com,
              azema@thompsonattorney.com;azema@ecf.inforuptcy.com;legal@thompsonattorney.com;paralegal@thompson
              attorney.com;lawclerk@thompsonattorney.com
              Charles J DeHart, III (Trustee)   dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              James Warmbrodt   on behalf of Creditor PNC BANK, NATIONAL ASSOCIATION bkgroup@kmllawgroup.com
              Samuel R Grego   on behalf of Plaintiff World's Foremost Bank sgrego@dmclaw.com,
              gmichaels@dmclaw.com
              United States Trustee   ustpregion03.ha.ecf@usdoj.gov
              Wendy Joan Christophersen   on behalf of Creditor Wendy J Christophersen wendyjclaw@gmail.com
                                                                                        TOTAL: 6
```

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

James E. Pahel
Debtor(s)

Chapter          13

Case No.         4:17−bk−00582−JJT

## Notice

The confirmation hearing has been scheduled for the Debtor on the date indicated below.

A deadline of **July 7, 2017** has been set for objections to confirmation of the Plan. Any objections to confirmation of the Plan will be heard at this hearing. Counsel should be prepared to proceed with said hearing on any unresolved objections to the Plan at this time.

| | |
|---|---|
| United States Bankruptcy Court US Courthouse, Courtroom #3, 3rd Floor, 240 West 3rd Street, Williamsport, PA 17701 | Date: July 28, 2017 <br><br> Time: 10:00 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:** U.S. Bankruptcy Court 197 S Main St, Wilkes−Barre, PA 18701 OR PO Box 908, Harrisburg, PA 17108 570−831−2500/717−901−2800 | **For the Court:** Terrence S. Miller Clerk of the Bankruptcy Court: By: CGambini, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: June 8, 2017 |