```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
In re:                                                          Case No. 17-00582-JJT
James E. Pahel                                                  Chapter 13
      Debtor                  CERTIFICATE OF NOTICE
District/off: 0314-4          User: CGambini           Page 1 of 1           Date Rcvd: Aug 09, 2017
                              Form ID: trc             Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 11, 2017.
4897241        First Associates Loan Servicing, LLC,   as agent for Loan Depot, LLC,   PO Box 503430,
                 San Diego, CA 92150-3430

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 11, 2017                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 9, 2017 at the address(es) listed below:
              Brian C Thompson    on behalf of Debtor James E. Pahel bthompson@thompsonattorney.com,
               jwrzosek@thompsonattorney.com;blemon@thompsonattorney.com;lmichaels@thompsonattorney.com;mhodge@thompsonattorney.com;ryandrylic@thompsonattorney.com;nfulk@thompsonattorney.com;tstark@thompsonattorney.com
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com, dehartstaff@pamd13trustee.com
              James  Warmbrodt    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION bkgroup@kmllawgroup.com
              Samuel R Grego    on behalf of Plaintiff    World's Foremost Bank sgrego@dmclaw.com,
               gmichaels@dmclaw.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              Wendy Joan Christophersen    on behalf of Creditor Wendy J Christophersen wendyjclaw@gmail.com
                                                                                              TOTAL: 6

2100 B (12/15)

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 4:17-bk-00582-JJT
Chapter 13

In re: Debtor(s) (including Name and Address)

James E. Pahel
22448 CCC Memorial Hwy
Emporium PA 15834

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 08/09/2017.

Name and Address of Alleged Transferor(s):

Claim No. 4: First Associates Loan Servicing, LLC, as agent for Loan Depot, LLC, PO Box 503430, San Diego, CA 92150-3430

Name and Address of Transferee:

Grassy Sprain Group, Inc.
1003 Yamato Road, Suite 308
Boca Raton, FL 33431-4403
Grassy Sprain Group, Inc.
1003 Yamato Road, Suite 308
Boca Raton, FL 33431-4403

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 08/11/17

Terrence S. Miller
**CLERK OF THE COURT**