```
                       United States Bankruptcy Court
                       Middle District of Pennsylvania
In re:                                                         Case No. 17-00582-JJT
James E. Pahel                                                 Chapter 13
         Debtor
                          CERTIFICATE OF NOTICE
District/off: 0314-4         User: CGambini              Page 1 of 1           Date Rcvd: Oct 13, 2017
                             Form ID: pdf010             Total Noticed: 3
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 15, 2017.
        +THOMPSON LAW GROUP PC,   125 Warrendale-Bayne Rd Ste 200,   Warrendale, PA 15086-6504
4884464     TVGA Engineering, Surveying, P.C.,   1000 Maple Road,   Elma, NY 14059

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr       +E-mail/Text: wendyjclaw@gmail.com Oct 13 2017 18:58:06    Wendy J Christophersen,
        Wendy J Christophersen, Attorney at Law,   403 Main Street, Suite 500,   Buffalo, NY 14203,
        UNITED STATES 14203-2104
                                                                                                            TOTAL: 1

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                               TOTAL: 0
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 15, 2017                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 13, 2017 at the address(es) listed below:
              Brian C Thompson   on behalf of Debtor 1 James E. Pahel bthompson@thompsonattorney.com,
      jwrzosek@thompsonattorney.com;blemon@thompsonattorney.com;lmichaels@thompsonattorney.com;mhodge@thompsonattorney.com;ryandrylic@thompsonattorney.com;nfulk@thompsonattorney.com;tstark@thompsonattorney.com
              Charles J DeHart, III (Trustee)   TWecf@pamd13trustee.com
              James   Warmbrodt   on behalf of Creditor   PNC BANK, NATIONAL ASSOCIATION bkgroup@kmllawgroup.com
              Samuel R Grego   on behalf of Plaintiff   World's Foremost Bank sgrego@dmclaw.com,
      gmichaels@dmclaw.com
              United States Trustee   ustpregion03.ha.ecf@usdoj.gov
              Wendy Joan Christophersen   on behalf of Creditor Wendy J Christophersen wendyjclaw@gmail.com
                                                                                                                        TOTAL: 6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:<br>James E. Pahel,<br><br>Debtor.<br>_____<br><br>James E. Pahel,<br><br>Movant,<br><br>v.<br><br>TVGA Engineering, Surveying, P.C.,<br><br>and<br><br>Wendy J. Christophersen as Chapter 7 Trustee in the Bankruptcy of TVGA Engineering, Surveying, P.C.,<br><br>`    Respondents. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Bankruptcy No. 17-00582<br><br>Chapter 13 |

**ORDER GRANTING OBJECTION TO PROOF OF CLAIM NO. 5**

On this 13th day of October, 2017, this matter being before the Court on Debtor's Objection to Proof of Claim No. 5, for the reasons stated in the Objection, or by default for Claimants' failure to respond, it is hereby ORDERED that the claim of Creditor TVGA Engineering, Surveying, P.C. and Wendy J. Christophersen as Chapter 7 Trustee in the Bankruptcy of TVGA Engineering, Surveying, P.C., filed at Proof of Claim No. 5 in the above-captioned bankruptcy case is rejected, disallowed and shall not be paid.

By the Court,

_____
John J. Thomas, Bankruptcy Judge
(PJR)

Dated: October 13, 2017