# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | Chapter 13 |
| James E. Pahel, | ) | |
| | ) | Bankruptcy No. 17-00582 |
| Debtor. | ) | |
| | ) | |
| | ) | |

## CERTIFICATE OF SERVICE

I certify under penalty of perjury that I served a copy of the Debtor's Amended Chapter 13 Plan Dated November 13, 2017 and Notice of Hearing Date and Deadline to File Objections on all parties listed on the attached Mailing Matrix via U.S. First-Class mail postage prepaid and/or CM/ECF on November 13, 2017.

Executed on:  November 13, 2017         /s/Jill A. Gorzé
                                        Jill A. Gorzé, Paralegal
                                        Thompson Law Group, P.C.
                                        125 Warrendale-Bayne Road, Suite 200
                                        Warrendale, Pennsylvania 15086
                                        (724) 799-8404 Telephone
                                        (724) 799-8409 Facsimile
                                        jgorze@thompsonattorney.com