LOCAL BANKRUPTCY FORM 2016-1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

James E. Pahel

CHAPTER 13

CASE NO. 4-17-bk-00582-JJT

**Debtor(s)**

## SUMMARY COVER SHEET
## FEES AND EXPENSES APPLICATION

a. Your applicant was appointed on 01/11/2017, based on an application filed n/a.

b. Your applicant represents James E. Pahel.

c. This application is a interim application.
(state whether interim or final application).

d. The total amount of compensation for which reimbursement is sought is $10,900 and is for the period from 2/14/2017 to 5/30/2018.

e. The total amount of expenses for which reimbursement is sought is $642.20 and is for the period from 2/14/2017 to 5/30/2018.

f. The dates and amounts of any retainer received are $5,000 on 1/11/2017.

g. The dates and amounts of withdrawals from the retainer by the Applicant are $0.00.

h. The dates and amounts of previous compensation allowed are: $0.00.

i. The dates and amounts of previous compensation paid are: $0.00.

j. There are/are no objections to prior fee applications of Applicant that have not been ruled upon by the Court in this bankruptcy case.

Applicant's Signature

s/Brian C. Thompson, Esquire

DATED: 5/30/2018