IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: James E. Pahel, | ) | Case No. 4-17-bk-00582-JJT |
| | ) | |
| Debtor. | ) | Chapter 13 |

## NOTICE TO PARTIES IN INTEREST

**NOTICE IS HEREBY GIVEN THAT**:

Debtor has filed a Final Application of Thompson Law Group, P.C. for Compensation and Reimbursement of Expenses as Counsel for the Debtor in the above-referenced case.

Objections to the Application must be filed with the Clerk, United States Bankruptcy Court for the Middle District of Pennsylvania, Harrisburg, Pennsylvania, on or before 6/20/2018.

If no objections are filed, an Order may be entered by the Court without further notice.

Dated: May 30, 2018   /s/Brian C. Thompson, Esquire
Brian C. Thompson
PA ID: 91197
Thompson Law Group, P.C.
125 Warrendale-Bayne Road, Suite 200
Warrendale, PA 15086
(724) 799-8404 Telephone
(724) 799-8409 Facsimile
bthompson@thompsonattorney.com