UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA
WILLIAMSPORT DIVISION

IN RE:                                              CASE NO.: 4:17-bk-00582-RNO
                                                                        CHAPTER 13

James E. Pahel,
   Debtor.

_____/

## REQUEST FOR SERVICE

**PLEASE TAKE NOTICE THAT** the undersigned hereby appears on behalf of ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned and the following be added to the Court's Master Mailing List:

**ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC**
**130 CLINTON RD #202**
**FAIRFIELD, NJ 07004**

Robertson, Anschutz, Schneid, Crane &
Partners, PLLC
Authorized Agent for Secured Creditor
130 Clinton Rd #202
Fairfield, NJ 07004
Telephone: 470-321-7112

By: /s/Charles Wohlrab
     Charles Wohlrab, Esq.
     Email: CWohlrab@raslg.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on March 5, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

JAMES E. PAHEL
22448 CCC MEMORIAL HWY
EMPORIUM, PA 15834

And via electronic mail to:

THOMPSON LAW GROUP, P.C.
125 WARRENDALE BAYNE ROAD SUITE 200
WARRENDALE, PA 15086

CHARLES J DEHART, III
8125 ADAMS DRIVE, SUITE A
HUMMELSTOWN, PA 17036

UNITED STATES TRUSTEE
228 WALNUT STREET, SUITE 1190
HARRISBURG, PA 17101

By: /s/ VJ Allen
VJ Allen
Email: viallen@rascrane.com