IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: James E. Pahel, | ) | Case No. 4-17-bk-00582-MJC |
| | ) | |
| Debtor. | ) | Chapter 13 |

**ORDER OF COURT**

**AND NOW,** to-wit, this_____ day of _____ ,2022, the **APPLICATION OF THOMPSON LAW GROUP, P.C. FOR FINAL COMPENSATION AND REIMBURSEMENT OF EXPENSES AS COUNSEL FOR THE DEBTOR** is approved for the total amount of $2,552.25 for services rendered on behalf of the Debtors for the period between April 27, 2022 through March 29, 2022, which represents $2,475.00 in attorney fees and $77.25 in expenses.

_____
U.S. Bankruptcy Court Judge